IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR252 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| IBRAHIM OUDEH, | ) | |
| | ) | |
| Defendant. | ) | <u>FINAL ORDER OF FORFEITURE</u> |

It appears to the Court that proper proceedings for the issuance of a Final Order of Forfeiture have been had in this case as follows:

1. On May 25, 2005, a federal grand jury sitting in this district returned a one count indictment against Ibrahim Oudeh and three (3) co-defendants. The indictment charged the defendants with conspiracy to distribute, and to possess with the intent to distribute, pseudoephedrine; in violation of 21 U.S.C. § 846, § 841(a)(1) and § 841(c)(2).

2. Pursuant to 21 U.S.C. § 853, the indictment further sought the forfeiture to the United States of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of

Count 1; and, any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of Count 1.

3. On November 28, 2005, defendant Oudeh entered a plea of guilty to the charge set forth in Count 1 of the indictment and, pursuant to 21 U.S.C. § 853(a)(1), agreed to the forfeiture of the following property to the United States: $50,000.00 in U.S. Currency.

4. Further, defendant Oudeh has agreed:

a.) The $50,000.00 in U.S. Currency referred to in paragraph 3 is subject to forfeiture as it constitutes proceeds obtained, directly or indirectly, as the result of the commission of the criminal activity charged in Count 1 of the indictment.

b.) The defendant has transferred the $50,000.00 in U.S. Currency to third parties, and/or has commingled the $50,000.00 in U.S. Currency with other property which cannot be divided without difficulty.

c.) Defendant Oudeh agreed to turn over a check in the amount of $50,000.00 to the United States.

d.) Defendant Oudeh further agreed to the forfeiture of the $50,000.00 check to the United States as "substitute property" pursuant to 21 U.S.C. § 853(p).

5. A Preliminary Order of Forfeiture was filed on December 6, 2005. Therein, the $50,000.00 check to be turned over by

2

defendant Oudeh was forfeited to the United States under 21 U.S.C. § 853, subject to the provisions of 21 U.S.C. § 853(n).

6. On January 16, 2007, defendant Oudeh turned over a $50,000.00 cashier's check to the United States.

7. Pursuant to 21 U.S.C. § 853(n)(1), the United States published notification of the Court's Preliminary Order of Forfeiture in the Cleveland Daily Legal News. Attached hereto as Exhibit 1 is a copy of the notice.

8. No opposition to the forfeiture was filed as a result of the published notification.

Accordingly, it is ORDERED, ADJUDGED, and DECREED:

9. The following property is hereby finally forfeited to the United States under 21 U.S.C. § 853(a)(1) and § 853(p), and no right, title or interest shall exist in any other party:

a.) The $50,000.00 cashier's check, which defendant IBRAHIM OUDEH turned over to the United States on January 16, 2007.

10. The United States shall seize and take control of the property, and shall dispose of it in accordance with law.

SO ORDERED this 30th day of April, 2007.

FILED
APR 30 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

Christopher A. Boyko
United States District Judge

3

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:05CR252 |
| DEFENDANT | TYPE OF PROCESS |
| Amir Mohammed and Ibrahim Omar | Notice of Publication |

SERVE
▶
AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Daily Legal News
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2935 Prospect Avenue, Cleveland, Ohio 44115

Publish the attached Notice in accordance with the Preliminary Order of Forfeiture, also attached.

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

PUBLISHED ONCE A WEEK FOR THREE WEEKS. P/O ATTACHED.

GOVERNMENT
EXHIBIT
1

FORM USM 285

STATE OF OHIO,
COUNTY OF CUYAHOGA } SS.

Case No. 1:05CR252
Caption: United States v. Amin Mohammad, Ibrahim Oudeh

I, Carol Hackney, being duly sworn upon my oath, depose and say that I am the agent of the DAILY LEGAL NEWS, and that the annexed advertisement attached hereto was published in the DAILY LEGAL NEWS, a daily newspaper of general circulation, printed in the City of Cleveland, County of Cuyahoga, Ohio for a period of 3 consecutive weeks, and on the same day of each week, on and after the 3rd day of March A.D. 2007.

Publication Fee    $344.50

*[signature: Carol Hackney]*

Sworn to and subscribed in my presence this 17th day of March A.D. 2007.

*[signature: Rae Szabo]*
Notary Public

Rae Szabo
STATE OF OHIO (Cuyahoga County)
My Commission Expires March 19, 2010.

**NOTICE OF PUBLICATION**
Notice is hereby given that on December 6, 2005, in the case of United States v. Amin Mohammad, Ibrahim Oudeh, Criminal Case No. 1:05CR252, the United States District Court for the Northern District of Ohio entered an Order forfeiting the following properties to the United States of America:
1.) $50,000.00 certified check, which defendant AMIN MOHAMMAD has agreed to turn over to the United States as "substitute property" pursuant to 21 U.S.C. § 853(p).
2.) $100,000.00 in lieu of the forfeiture of the real estate property located at 1348 West 110 Street, Cleveland, Ohio; and, a service station located at 4126 Pearl Road, Cleveland, Ohio. [AMIN MOHAMMAD]
3.) $50,000.00 certified check, which defendant IBRAHIM OUDEH turned over to the United States on January 16, 2007, as "substitute property" pursuant to 21 U.S.C. § 853(p).
The United States hereby gives notice of its intent to dispose of the subject properties in such manner as the United States Attorney General may direct. Any person [other than defendants Amin Mohammad and Ibrahim Oudeh] having or claiming a legal right, title or interest in the subject properties must file a petition with the Court in the above-captioned case within thirty (30) days of the final publication of this notice. The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest, and shall be filed with the Court at the following address: Clerk's Office; Carl B. Stokes U.S. Court House, 801 West Superior Avenue; Cleveland, Ohio 44113. A copy of the petition also shall be provided to the Office of the United States Attorney, Attention: Asset Forfeiture Section; Carl B. Stokes U.S. Court House; 801 West Superior Avenue, Suite 400; Cleveland, Ohio 44113. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the subject properties, the time and circumstances of the petitioner's acquisition of the right, title or interest, and any additional facts supporting the petitioner's claim and the relief sought.
United States Marshals Service
Northern District of Ohio
Mar2-10-17, 2007

Daily Legal News
2935 Prospect Avenue
Cleveland, OH 44115
(216) 696-3322

Order 00003900                    **PROOF OF PUBLICATION**